No. 99–9006. In re Williams. Ct. Sp. App. Md. Petition for writ of common-law certiorari denied.

No. 99–9427. In re Allison. Petition for writ of habeas corpus denied.

No. 99–1607. In re Carr;
No. 99–1812. In re Pumper;
No. 99–8899. In re Jackson;
No. 99–8904. In re Klaimon;
No. 99–8910. In re Iacoe; and
No. 99–8939. In re Rosenzweig. Petitions for writs of mandamus denied.

No. 99–1244. GTE Service Corp. et al. v. Federal Communications Commission et al. C. A. 5th Cir. Certiorari granted. Justice O'Connor took no part in the consideration or decision of this petition.

No. 99–1342. Hill v. Director, Office of Workers' Compensation Programs, et al. C. A. 5th Cir. Certiorari denied.

No. 99–1347. Cal-Almond, Inc., et al. v. Department of Agriculture. C. A. 9th Cir. Certiorari denied.

No. 99–1427. Competition Policy Institute v. US West, Inc., et al. C. A. 10th Cir. Certiorari denied.

No. 99–1429. Anadarko Petroleum Corp. et al. v. Federal Energy Regulatory Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 99–1483. Pacific Maritime Assn. v. International Longshore and Warehouse Union, Local 68. C. A. 9th Cir. Certiorari denied.